In re GOLDBERG.

(Circuit Court of Appeals, Second Circuit. January 12, 1909.)

No. 123.

BANKRUPTCY (§ 461*)—APPEAL—TIME FOR TAKING.

The 10 days allowed for an appeal from a judgment making an adjudication of bankruptcy by Bankr. Act July 1, 1898, c. 541, § 25a (3), 30 Stat. 553 (U. S. Comp. St. 1901, p. 3432), cannot be extended by means of a motion to vacate the judgment.

[Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. § 920; Dec. Dig. § 461.*

Appeal and review in bankruptcy cases, see note to In re Eggert, 43 C. C. A. 9.]

Petition for Revision of Proceedings of the District Court of the United States for the Southern District of New York.

Samuel J. Rawak, for petitioner.
Walter T. Kohn, for the State Bank.

Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. This is a petition by the bankrupt to revise an order of the District Court, Southern District of New York. On March 6, 1907, petitioner was adjudicated a bankrupt. He did not appeal, and the time limited by the statute (Act July 1, 1898, c. 541, § 25a (3), 30 Stat. 553 [U. S. Comp. St. 1901, p. 3432]) for taking an appeal expired in March, 1907. A year later, March 23, 1908, he moved the District Court to vacate the order of adjudication; his application was denied. This is merely an attempt indirectly to extend the time within which to review the adjudication of bankruptcy. That cannot be done, Matter of Berkebile, 144 Fed. 577, 75 C. C. A. 333.

Order affirmed.